# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2009

139445

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SAVITRI BHAMA,
       Petitioner-Appellant,

v

MICHIGAN CIVIL SERVICE COMMISSION,
       Respondent-Appellee.

SC: 139445
COA: 290786
Ingham CC: 00-092266-AA

_____/

      On order of the Court, the application for leave to appeal the June 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

1214